```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HELEN SWARTZ,

        Plaintiff,

-against-

510 W42 HOLDINGS LLC, et al.,

        Defendants.

23-CV-4238 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have advised the Court, via email, that defendants have closed the subject hotel for the foreseeable future, and have further advised that "plaintiff's counsel requires additional time to conduct its own due diligence to confirm the Hotel is closed," before dismissing the action without prejudice.

    If this matter has not been dismissed by **October 24, 2023**, the parties shall file, on that date, a letter updating the Court on the status of this matter.

Dated: New York, New York
       October 10, 2023

                              **SO ORDERED.**

                              **BARBARA MOSES**
                              **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023